IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00284-MR-WCM

| | |
|---|---|
| AMERICAN WHITEWATER and AMERICAN RIVERS, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) ORDER |
| | ) |
| THE UNITED STATES ARMY CORPS OF ENGINEERS; UNITED STATES FOREST SERVICE; and UNITED STATES FISH AND WILDLIFE SERVICES, | ) ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| CSX TRANSPORTATION, INC., | ) ) |
| Defendant-Intervenor. | ) ) |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 23) filed by W. Dixon Snukals. The Motion indicates that Mr. Snukals, a member in good standing of the Bar of this Court, is local counsel for Intervenor-Defendant CSX Transportation, Inc. and that he seeks the admission of Davis M. Walsh, who the Motion represents as being a member in good standing of the Bar of Virginia. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

1

Accordingly, the Court **GRANTS** the Motion (Doc. 23) and **ADMITS** Davis M. Walsh to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: November 26, 2024

W. Carleton Metcalf
United States Magistrate Judge