IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00284-MR-WCM

| | | |
|---|---|---|
| AMERICAN WHITEWATER and AMERICAN RIVERS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| THE UNITED STATES ARMY CORPS OF ENGINEERS; UNITED STATES FOREST SERVICE; and UNITED STATES FISH AND WILDLIFE SERVICES, | ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| CSX TRANSPORTATION, INC., | ) ) | |
| Defendant-Intervenor. | ) ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 22) filed by W. Dixon Snukals. The Motion indicates that Mr. Snukals, a member in good standing of the Bar of this Court, is local counsel for Intervenor-Defendant CSX Transportation, Inc. and that he seeks the admission of Eugene E. "Matt" Mathews, III, who the Motion represents as being a member in good standing of the Bars of Virginia and the District of Columbia. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

1

Accordingly, the Court **GRANTS** the Motion (Doc. 22) and **ADMITS** Eugene E. "Matt" Mathews, III to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: November 26, 2024

W. Carleton Metcalf
United States Magistrate Judge